IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIKA WATSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE BARNHART, Commissioner | : | |
| of the Social Security Administration | : | NO. 04-2433 |

**ORDER**

AND NOW, this 14th day of September, 2005, after considering the parties' cross-motions for summary judgment, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and defendant's objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **GRANTED** to the extent that the matter is remanded for further proceedings;

3. The Defendant's Motion for Summary Judgment (Doc. No. 14) is **DENIED**; and

4. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

Furthermore, pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT IS ENTERED** reversing the decision of the Commissioner that denied benefits to Plaintiff Tamika Watson. This case shall be closed for statistical purposes.

BY THE COURT:

_ s/Thomas N. O'Neill, Jr. _____
THOMAS N. O'NEILL, JR., J.